JOHN J. HARVEY et al., Surviving Partners Doing Business under the Name of JOHN J. HARVEY COMPANY, Appellants and Respondents, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 30277.)

Argued March 6, 1952; decided April 17, 1952.

*J. Walter Augar* for appellants and respondents.

*Francis J. Maloney* for Siegfried Construction Co., Inc., *amicus curiæ*, in support of appellants' position.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.